

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**

500 Mamaroneck Avenue, Suite 503
Harrison, NY 10528
www.grsm.com

**MELISSA MCCARTHY**
MMCCARTHY@GRSM.COM
Direct (914) 777-2211

*The status conference is adjourned to July 7, 2026 at 12:15 p.m. in Courtroom 621. Pre-motion letters due June 23, 2026. Responses due June 30, 2026.*

June 1, 2026

**VIA ECF**

6/3/2026

SO ORDERED.

*[signature]*

CATHY SEIBEL, U.S.D.J.

Hon. Cathy Seibel
Hon. Andrew E. Krause
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **Nicholas Weber, et al. v. Auto Action Technologies Inc., et al.**
        Index No.: 24-cv-05367
        File No.: SELGL – 1385675

As you know, our office represents the defendant, AUTO ACTION TECHNOLOGIES, INC, in the above-mentioned matter. We submit this correspondence jointly on behalf of all defendants.

As directed, please allow this correspondence to serve as an update as to the current Expert Discovery Schedule. As the Court is aware, plaintiff has requested several expert depositions. Defendants have jointly produced Dr. Rubenstein (neurologist) on Monday June 1, 2026 virtually. Defendants are scheduled to jointly produce Dr. Stripp (toxicologist) and defendant, Auto Action, is to produce their engineer, Frank Ferrese, virtually on Tuesday, June 9, 2026, at 10 a.m. and 1 p.m. respectively. Defendant, Morehead Honda, is to produce their engineer Richard Regenthal on Monday, June 15, 2026, at 10 a.m. in person. Defendant, Roadwire, is to produce their liability expert, Alex Kattamis, on July 16, 2026 in person at 10 a.m. Defendants are jointly producing Dr. Yeo (colorectal expert) on Friday June 19, 2026, at 10 a.m. in person. All the in-person depositions will take place at Rose Cotter's office.

Additionally, counsel for Roadwire has noticed the deposition of plaintiff's liability expert, Carl Finochiaro. Plaintiff's counsel has offered July 15, 2026, as a date his expert is available in person. All defendants are available to conduct his deposition on that date. In this regard, we respectfully request an extension of time to the end of July 2026 to complete expert depositions. Additionally, the Court has scheduled an in person conference on June 16, 2026 at 10:45 a.m. which is in conflict with the deposition of Alex Kattamis. We respectfully request an adjournment of the conference to early July 2026.

Respectfully yours,

GORDON REES SCULLY MANSUKHANI

By: *M. McCarthy*

Melissa McCarthy, Esq.

cc:    Maurer Law Firm, PLLC
Attention: Ira M. Maurer, Esq. (imaurer@maurer.net)
***Attorneys for Plaintiff***
300 Westage Business Center Drive, Suite 360
Fishkill, New York 12524


GOLDBERG SEGALLA, LLP
Attention: Richard J. Femia, Esq. (rfemia@goldbergsegalla.com)
***Attorneys for Third-Party Defendants***
Morehead Honda d/b/a Morehead Auto Sales, Inc.
200 Garden City Plaza, Suite 520
Garden City, New York 11530

VARVARO, COTTER, BENDER & WALTHALL
Attention: Rose M. Cotter, Esq. (rcotter@vcbesq.com)
***Attorneys for Defendant/Third-Party Plaintiff***
ROADWIRE, LLC
1133 Westchester Avenue, Suite S-325
White Plains, New York 10604
P: (914) 989-6650